FILED
August 13, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SERGIO AMBRIZ, ) <br> Defendant. ) <br> ) | Case No. 2:15-cr-00125-GEB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, SERGIO AMBRIZ, Case No. 2:15-cr-00125-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Previously Ordered Supervised Release Conditions

___   Bail Posted in the Sum of: $

  ___   Co-Signed Unsecured Appearance Bond

  ___   Secured Appearance Bond

  __X__   (Other) Conditions as stated on the record.

  __X__   (Other) The Defendant is ordered released from the U.S. Marshall lock up to the custody of the Probation Officer on 8/19/2019 at 9:00 a.m. for transport to the Well Space drug treatment facility.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/13/2019  at 2:35 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge