FILED

DEC 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SERGIO AMBRIZ,<br><br>        Defendant. | Case No. 2:15-cr-00125<br><br>ORDER FOR RELEASING PERSON IN CUSTODY |

To the UNITED STATES MARSHALL:

Since Sergio Ambriz has served his federal sentence for violation of conditions of supervised release as of the date below, you shall release Sergio Ambriz from custody in this case.

Dated: December 13, 2019.

_____
Garland E. Burrell, Jr.
United States District Judge

file copy - served on
USM in Court

1